No. 4681.

:STATE ex rel. JOSE M. CABALLERO *v.* JUDGE OF THE SECOND DISTRICT COURT, PARISH OF ORLEANS.

A writ of prohibition will only be issued in aid of the appellate jurisdiction of this court. It is not necessary, where, on the judgment being rendered in the court below, the case can be brought before this court for review, and the question of jurisdiction be decided.

APPLICATION for a writ of prohibition, to be issued to *A. L. Tissot*, judge of the Second District Court, parish of Orleans. *George L. Bright*, for the application on behalf of Mrs. Conte.

LUDELING, C. J. This is an application for a writ of prohibition .against the judge of the Second District Court of the parish of Orleans, on the ground that the court is without jurisdiction to try the ·case. We have heretofore frequently said, that this writ will only be .issued in aid of our appellate jurisdiction. The writ is not necessary in this case. When the judgment shall have been rendered in the ·case, it can be brought before this court for review, and the question ·of jurisdiction can then be decided.

It is therefore ordered that the application for the writ be refused, with costs against the relator.